UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 95-605-CR-SEITZ

UNITED STATES OF AMERICA,

v.

FREDERICK KNIGHT,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Faith Mesnekoff, Esq. for fees be reduced from $2,350.00 to the statutory maximum of $1,800.00. The Court has reviewed Judge Palermo's R&R. No objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED, and made the Order of the District Court, as follows: Ms. Mesnekoff shall be paid **$1,800.00** as fair compensation for her work on this case.

DONE AND ORDERED in Miami, Florida this 5th day of August, 2009.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Faith Mesnekoff, Esq.
Lucy Lara, CJA Administrator